IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
2019 AUG -6 PM 2: 26

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 3:19 mj 444 |
| SEALED DOCUMENT | : | ORDER SEALING CRIMINAL COMPLAINT, SUPPORTING |
| | : | AFFIDAVIT TO CRIMINAL COMPLAINT AND ARREST WARRANT |

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Criminal Complaint, Supporting Affidavit to Criminal Complaint and Arrest Warrant be sealed and kept from public inspection until further Order of this Court.

_____
MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE